1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY WAYAN SANDRES,                )<br>                            Petitioner,  )<br>                                        )<br>            v.                          )<br>                                        )<br>                                        )<br>V.M. ALMAGER,                       )<br>                                        )<br>                            Respondent.  )<br>_____ ) | Case No. CV 08-4842 AHM(JC)<br><br>ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS, AND<br>RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE<br>JUDGE |

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of

Habeas Corpus by a Person in State Custody (the "Petition") and all of the records

herein, including the attached Report and Recommendation of United States

Magistrate Judge ("Report and Recommendation"), and petitioner's objections to

the Report and Recommendation ("Objections").  The Court has further made a *de

novo* determination of those portions of the Report and Recommendation to which

objection is made.[1]  The Court concurs with and accepts the findings, conclusions,

and recommendations of the United States Magistrate Judge and overrules the

Objections.

_____

        [1]This Court declines to consider new arguments raised for the first time in Objections to
the Magistrate Judge's Report and Recommendation.  See United States v. Howell, 231 F.3d
615, 621 (9th Cir. 2000), cert. denied, 534 U.S. 831 (2001).

1    IT IS ORDERED that Judgment be entered denying the Petition and

2  dismissing this action with prejudice.

3    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

4  Report and Recommendation, and the Judgment herein on petitioner and counsel

5  for respondent.

6    LET JUDGMENT BE ENTERED ACCORDINGLY.

7

8  DATED:   April 13, 2012

9

10  _____

11  HONORABLE A. HOWARD MATZ
    UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28