UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY WAYAN SANDRES, ) | Case No. CV 08-4842 AHM(JC) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| V.M. ALMAGER, ) | |
| Respondent. ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 13, 2012

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE